| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / XCM 21156521 | 01/200 | 6824555 | 1 of 1 |

Simonross LLC
150 Allendale Road
King Of Prussia, PA 19406

**Earnings Statement**

ADP

Period Starting: 12/27/2020
Period Ending: 01/09/2021
Pay Date: 01/14/2021

Taxable Marital Status: Single
Exemptions/Allowances:           Tax Override:
  Federal: 1                Federal:
  State: 0                  State:
  Local: 0                  Local:
Social Security Number:  XXX-XX-XXXX

Marie Stasyk
1032 South Street
Pottstown, PA 19464

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Cash tips | | 0.00 | 1.00 | 1.00 |
| Credit card tips owed | | 0.00 | 101.99 | 101.99 |
| Production Commission | | 0.00 | 23.16 | 23.16 |
| Service Commission | | 0.00 | 394.30 | 394.30 |
| **Gross Pay** | | | **$520.45** | **$520.45** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -20.31 | 20.31 |
| Social Security | -32.27 | 32.27 |
| Medicare | -7.55 | 7.55 |
| Pennsylvania State Income | -15.98 | 15.98 |
| Pennsylvania State UI | -0.31 | 0.31 |
| Upper Merion T Local | -5.20 | 5.20 |
| Upper Merion Twp Local | -2.00 | 2.00 |
| **Net Pay** | **$435.83** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8441 | XXXXXXXXX | 435.83 |

Your federal taxable wages this period are $520.45

Simonross LLC
150 Allendale Road
King Of Prussia, PA 19406

Pay Date:    01/14/2021

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8441 | XXXXXXXXX | 435.83 |

Marie Stasyk
1032 South Street
Pottstown, PA 19464

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / XCM 21156521 | 01/200 | 6851841 | 1 of 1 |

**Earnings Statement**

ADP

Simonross LLC
150 Allendale Road
King Of Prussia, PA 19406

Period Starting: 01/10/2021
Period Ending: 01/23/2021
Pay Date: 01/28/2021

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
  Federal: 1           Federal:
  State: 0             State:
  Local: 0             Local:
Social Security Number: XXX-XX-XXXX

Marie Stasyk
1032 South Street
Pottstown, PA 19464

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Cash tips | | | 0.00 | 1.00 |
| Credit card tips owed | | 0.00 | 141.00 | 242.99 |
| Production Commission | | 0.00 | 31.54 | 54.70 |
| Service Commission | | 0.00 | 597.05 | 991.35 |
| **Gross Pay** | | | **$769.59** | **$1,290.04** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -46.62 | 66.93 |
| Social Security | -47.71 | 79.98 |
| Medicare | -11.16 | 18.71 |
| Pennsylvania State Income | -23.63 | 39.61 |
| Pennsylvania State UI | -0.46 | 0.77 |
| Upper Merion T Local | -7.70 | 12.90 |
| Upper Merion Twp Local | -2.00 | 4.00 |
| **Net Pay** | **$630.31** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8441 | XXXXXXXXX | 630.31 |

Your federal taxable wages this period are $769.59

Simonross LLC
150 Allendale Road
King Of Prussia, PA 19406

Pay Date:   01/28/2021

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8441 | XXXXXXXXX | 630.31 |

THIS IS NOT A CHECK

Marie Stasyk
1032 South Street
Pottstown, PA 19464

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / XCM 21156521 | 01/200 | 6881117 | 1 of 1 |

Simonross LLC
150 Allendale Road
King Of Prussia, PA 19406

**Earnings Statement**

ADP

Period Starting: 01/24/2021
Period Ending: 02/06/2021
Pay Date: 02/11/2021

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
  Federal:  1                Federal:
  State:    0                State:
  Local:    0                Local:
Social Security Number: XXX-XX-XXXX

Marie Stasyk
1032 South Street
Pottstown, PA 19464

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Cash tips | | | 0.00 | 1.00 |
| Credit card tips owed | | 0.00 | 140.00 | 382.99 |
| Production Commission | | 0.00 | 20.60 | 75.30 |
| Service Commission | | 0.00 | 548.30 | 1539.65 |
| **Gross Pay** | | | **$708.90** | **$1,998.94** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -39.34 | 106.27 |
| Social Security | -43.95 | 123.93 |
| Medicare | -10.27 | 28.98 |
| Pennsylvania State Income | -21.76 | 61.37 |
| Pennsylvania State UI | -0.43 | 1.20 |
| Upper Merion T Local | -7.09 | 19.99 |
| Upper Merion Twp Local | -2.00 | 6.00 |
| **Net Pay** | **$584.06** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8441 | XXXXXXXXX | 584.06 |

Your federal taxable wages this period are $708.90

Simonross LLC
150 Allendale Road
King Of Prussia, PA 19406

Pay Date:    02/11/2021

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8441 | XXXXXXXXX | 584.06 |

THIS IS NOT A CHECK

Marie Stasyk
1032 South Street
Pottstown, PA 19464

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / XCM 21156521 | 01/200 | 6909391 | 1 of 1 |

**Earnings Statement**

ADP

Simonross LLC
150 Allendale Road
King Of Prussia, PA 19406

Period Starting: 02/07/2021
Period Ending: 02/20/2021
Pay Date: 02/25/2021

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
  Federal:   1           Federal:
  State:     0           State:
  Local:     0           Local:
Social Security Number: XXX-XX-XXXX

Marie Stasyk
1032 South Street
Pottstown, PA 19464

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Cash tips | | 0.00 | 1.00 | 2.00 |
| Credit card tips owed | | 0.00 | 80.00 | 462.99 |
| Production Commission | | 0.00 | 61.55 | 136.85 |
| Membership | | 0.00 | 5.00 | 5.00 |
| Service Commission | | 0.00 | 365.55 | 1905.20 |
| **Gross Pay** | | | **$513.10** | **$2,512.04** |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8441 | XXXXXXXXX | 430.07 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -19.58 | 125.85 |
| Social Security | -31.82 | 155.75 |
| Medicare | -7.44 | 36.42 |
| Pennsylvania State Income | -15.75 | 77.12 |
| Pennsylvania State UI | -0.31 | 1.51 |
| Upper Merion T Local | -5.13 | 25.12 |
| Upper Merion Twp Local | -2.00 | 8.00 |
| **Net Pay** | **$430.07** | |

Your federal taxable wages this period are $513.10

Simonross LLC
150 Allendale Road
King Of Prussia, PA 19406

Pay Date:    02/25/2021

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8441 | XXXXXXXXX | 430.07 |

Marie Stasyk
1032 South Street
Pottstown, PA 19464