**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  S Marie Collier Stasyk, | : | Chapter 13 |
| Debtor | : | Case No.:  21-10644-amc |

<u>CERTIFICATE OF SERVICE</u>

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed April 23, 2021 was forwarded to the following parties, as follows:

*Via First Class Mail, Postage Pre-Paid on April 23, 2021:*

Jackie Johnson, Bank. Analyst
Ally Bank
P.O. Box 9014
Coppell, TX 75019

M.D. Foote, Auth. Agent
TD Retail Card Services
c/o Creditors Bankruptcy Serv
PO Box 800849
Dallas, TX 75380

United Guaranty Residential
Insurance Company
230 North Elm Street
Greensboro, NC 27401

Select Portfolio Servicing, Inc.
3217 S. Decker Lake Drive
Salt Lake City, UT 84119

*Via Electronic Filing (ECF) on April 23, 2021:*

Craig H. Fox, Esquire on behalf of Ambler Savings Bank
bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com, foxandfoxattorneysatlaw@gmail.com

Rebecca Ann Solarz, Esquire on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1
bkgroup@kmllawgroup.com

1

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                          **ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        192 S. Hanover Street, Suite 101
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        jquinn@rqplaw.com
Date: April 23, 2021         Counsel for Debtor