# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                     Chapter 13

S MARIE COLLIER STASYK            Bankruptcy No. 21-10644-AMC

1032 SOUTH STREET

POTTSTOWN, PA 19464

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
S MARIE COLLIER STASYK

1032 SOUTH STREET

POTTSTOWN, PA 19464

**Counsel for debtor(s), by electronic notice only.**
JOSEPH L QUINN, ESQ
ROSS, QUINN, & PLOPPERT, P.C.
192 S. HANOVER ST., STE #101
POTTSTOWN, PA 19464-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: 5/13/2021                                                                                   /s/ William C. Miller

                                                          _____
                                                          William C. Miller, Esquire
                                                          Chapter 13 Standing Trustee