## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  S Marie Collier Stasyk, | : | Chapter 13 |
| Debtor | : | Case No.:  21-10644-amc |

## CERTIFICATE OF SERVICE

      I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Second Amended Chapter 13 Plan dated and docketed May 25, 2021 was forwarded to the following parties, as follows:

*Via First Class Mail, Postage Pre-Paid on May 25, 2021:*

Jackie Johnson, Bank. Analyst
Ally Bank
P.O. Box 9014
Coppell, TX 75019

M.D. Foote, Auth. Agent
TD Retail Card Services
c/o Creditors Bankruptcy Serv
PO Box 800849
Dallas, TX 75380

United Guaranty Residential
Insurance Company
230 North Elm Street
Greensboro, NC 27401

*Via Electronic Filing (ECF) on May 25, 2021:*

Rebecca Ann Solarz, Esquire on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1
bkgroup@kmllawgroup.com

Craig H. Fox, Esquire on behalf of Ambler Savings Bank
bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com, foxandfoxattorneysatlaw@gmail.com

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                              **ROSS, QUINN & PLOPPERT, P.C.**

                 By:    */s/ Joseph Quinn*
                        Joseph Quinn, Esquire
                        Attorney I.D. No. 307467
                        192 S. Hanover Street, Suite 101
                        Pottstown, PA 19464
                        T: 610.323.5300
                        F: 610.323.6081
                        jquinn@rqplaw.com
Date:  May 25, 2021            Counsel for Debtor