United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
S Marie Collier Stasyk  
    Debtor

Case No. 21-10644-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Nov 02, 2021      Form ID: 155      Total Noticed: 60

The following symbols are used throughout this certificate:  
**Symbol    Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | S Marie Collier Stasyk, 1032 South Street, Pottstown, PA 19464-5864 |
| 14590560 | + | Admin Recovery LLC, 6225 Sheridan Drive, Suite 118, Buffalo, NY 14221-4800 |
| 14592619 | | Ally Bank, P.O. Box 733203, Dallas, TX 753737526 |
| 14590561 | + | Ally Bank, P.O. Box 9014, Coppell, TX 75019-9014 |
| 14599055 | + | Ambler Savings Bank, c/o Craig H. Fox, Esquire, 700 E. Main Street, Suite 200, Norristown, PA 19401-4122 |
| 14598749 | | Ambler Savings Bank, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200 Norristown, PA 19401-4122 |
| 14590562 | | Ambler Savings Bank, PO Box 263, Fairview Village, PA 19409-0263 |
| 14602094 | + | Ambler Savings Bank, 155 E.Butler Avenue, PO BOX 210, Ambler PA 19002-0210 |
| 14590563 | | Asset Recovery Solutions, LLC, 2200 E Devon Avenue, Suite 200, Des Plaines, IL 60018-4501 |
| 14590564 | | Barclays Bank Delaware, Card Services, PO Box 8801, Wilmington, DE 19899-8801 |
| 14590565 | + | Best Buy, PO Box 9312, Minneapolis, MN 55440-9312 |
| 14590569 | + | Comenity Bank, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 14590570 | + | Crown Asset Management, C/O Ian Winograd, Esq., 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14590572 | + | D&A Services, LLC, 1400 E. Touhy Ave, Suite G2, Des Plaines, IL 60018-3338 |
| 14590573 | + | Debtsy, Inc., 130 West 25th Street 6C, New York, NY 10001-7406 |
| 14610847 | | Federal Home Loan Mortgage Corporation, c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City UT 84165-0450 |
| 14610762 | | Federal Home Loan Mortgage Corporation, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14592763 | + | Federal Home Loan Mortgage Corporation, as Trustee, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14592573 | + | Federal Home Loan Mortgage Corporation, as Trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14590574 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 14590575 | | FirstSource Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 14590577 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14590578 | + | Mariner Finance, PO Box 44490, Nottingham, MD 21236-6490 |
| 14590587 | ++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14590588 | #+ | Raymour & Flanigan, PO Box 731, Mahwah, NJ 07430-0731 |
| 14602097 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14590590 | | Scott & Associates, P.C., 6 Casey Court, Suite 203, Mechanicsburg, PA 17055 |
| 14590591 | + | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14590593 | + | Syncb/walmart, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14594991 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14590594 | + | Target/td, Po Box 673, Minneapolis, MN 55440-0673 |
| 14590595 | | Td Bank N.a., Td Bank Usbc, Greenville, SC 29607 |
| 14609653 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14590597 | + | Welcare Medspa, 1108 Bethlehem Pike, Ambler, PA 19002-1423 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14609771 | + | Email/PDF: rmscedi@recoverycorp.com | | |

Case 21-10644-amc    Doc 33    Filed 11/04/21    Entered 11/05/21 00:36:10    Desc Imaged
                    Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 02, 2021 | Form ID: 155 | Total Noticed: 60 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 03 2021 10:30:16 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14590566 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2021 23:28:42 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14599236 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2021 23:28:34 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14599039 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 02 2021 23:28:35 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14594490 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 02 2021 23:28:35 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14590567 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 02 2021 23:18:00 | Cb Indigo, Po Box 4499, Beaverton, OR 97076-4499 |
| 14590568 | + | Email/Text: mediamanagers@clientservices.com | Nov 02 2021 23:18:00 | Client Services, Inc., 3451 Harry Truman Blvd, Saint Charles, MO 63301-9816 |
| 14590570 | + | Email/Text: signed.order@pfwattorneys.com | Nov 02 2021 23:18:00 | Crown Asset Management, C/O Ian Winograd, Esq., 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14590571 | + | Email/Text: kthompson@crownasset.com | Nov 02 2021 23:18:00 | Crown Asset Management, LLC, 3100 Breckinridge Blvd, Suite 725, Duluth, GA 30096-7605 |
| 14590576 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 02 2021 23:18:00 | Genesis FS Card Services, PO Box 23039, Columbus, GA 31902-3039 |
| 14590580 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 02 2021 23:18:00 | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 14590579 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 02 2021 23:18:00 | Midland Credit Management, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14597778 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 02 2021 23:18:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14590581 | + | Email/Text: bnc@nordstrom.com | Nov 02 2021 23:18:34 | Nordstm/td, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 14590584 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2021 23:28:34 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 14608276 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2021 23:28:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14590587 | | Email/Text: signed.order@pfwattorneys.com | Nov 02 2021 23:18:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14590582 | | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2021 23:28:42 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14590583 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2021 23:28:42 | Portfolio, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14605437 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2021 23:18:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14605410 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2021 23:18:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14597839 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2021 23:18:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14598237 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2021 23:18:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 2489, Kirkland, WA 98083-2489 |
| 14603888 | | Email/Text: bnc-quantum@quantum3group.com | | |

| Recip ID | Bypass Reason | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 02 2021 23:18:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14590589 | | Email/Text: bk@rgsfinancial.com | Nov 02 2021 23:18:00 | RGS Financial, Inc., PO Box 852039, Richardson, TX 75085-2039 |
| 14590592 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2021 23:28:34 | Syncb/hsn, Po Box 965017, Orlando, FL 32896-5017 |
| 14609089 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2021 23:28:38 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14590596 | + | Email/Text: bankruptcygroup@archmi.com | Nov 02 2021 23:18:00 | United Guaranty Residential Insurance Co, 230 North Elm Street, Greensboro, NC 27401-2438 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14590586 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12903, Norfolk, VA 23541 |
| 14590585 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 14608381 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14609056 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 04, 2021         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CRAIG H. FOX | on behalf of Creditor Ambler Savings Bank bankruptcy@foxandfoxlaw.com cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| JOSEPH L QUINN | on behalf of Debtor S Marie Collier Stasyk CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 bkgroup@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 02, 2021 | Form ID: 155 | Total Noticed: 60 |

United States Trustee
            USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: S Marie Collier Stasyk
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−10644−amc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this November 2,2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

31 − 10
Form 155