IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  S Marie Collier Stasyk aka Marie Stasyk fka Marie Collier<br><br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1<br>　　　　　　　　　　Movant<br>　　　　vs. | NO. 21-10644 AMC |
| S Marie Collier Stasyk aka Marie Stasyk fka Marie Collier<br>　　　　　　　　　　Debtor(s)<br>Nicholas Stasyk<br>　　　　　　　　　　Co-Debtor<br>Kenneth E. West Esq.<br>　　　　　　　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

### ORDER

　　　　AND NOW, this 　　　 day of 　　　　　　, 2022 at Philadelphia, upon consideration of Movant's Motion to Approve Forbearance Plan, it is ORDERED AND DECREED that:

　　　　The Motion is granted and the Forbearance Plan does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: January 4, 2023**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

S Marie Collier Stasyk aka Marie Stasyk fka Marie Collier
1032 South Street
Pottstown, PA 19464

Nicholas Stasyk
1032 South Street
Pottstown, PA 19464

Joseph L. Quinn
Ross, Quinn & Ploppert, P.C.
192 South Hanover Street, Suite 101
Pottstown, PA 19464

Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532