IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: S Marie Collier Stasyk aka Marie Stasyk fka Marie Collier aka S Marie Stasyk<br>Debtor(s) | CHAPTER 13 |
| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1<br>Movant<br>vs. | NO. 21-10644 AMC |
| S Marie Collier Stasyk aka Marie Stasyk fka Marie Collier aka S Marie Stasyk<br>Debtor(s)<br>Nicholas Stasyk<br>Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Kenneth E. West<br>Trustee | |

## ORDER

AND NOW, this       day of             , 2023 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code , is modified with respect to the subject premises located at 1130 Cornwallis Way, Collegeville, PA 19426 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: March 28, 2023**

_____
United States Bankruptcy Judge.