**Fill in this information to identify the case:**

Debtor 1      **S MARIE  COLLIER STASYK**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**

                                                                    (State)

Case Number   **21-10644-AMC**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made                           **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**    AMBLER SAVNGS BANK

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account:      7   3   6   6

**Property Address:**         1032 SOUTH STREET
                              Number        Street

                              POTTSTOWN                           PA      19464
                              City                                State   ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

|  | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $ 767.62 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 767.62 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ 767.62 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:     $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

 Amount of postpetition fees, expenses, and charges disbursed by the trustee:     $ _____ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Kenneth E. West _____     Date    03/18/2026
       Signature

Trustee        Kenneth E. West _____
               First Name          Middle Name          Last Name

Address        190 N. Independence Mall West, Suite 701 _____
               Number        Street

               Philadelphia _____     PA     19106
               City                              State   ZIP Code

Contact phone   (215) 627-1377 _____     Email  info@ph13trustee.com _____

| Debtor 1 | **S MARIE  COLLIER STASYK** | | Case Number **21-10644-AMC** | Page 1 |
| | Name | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 11 | AMBLER SAVNGS BANK | Secured Arrears Mortgage | 08/16/2022 | 3014218 | Disbursement To Creditor/Principal | 191.16 |
| 11 | AMBLER SAVNGS BANK | Secured Arrears Mortgage | 09/08/2022 | 3015315 | Disbursement To Creditor/Principal | 183.08 |
| 11 | AMBLER SAVNGS BANK | Secured Arrears Mortgage | 10/11/2022 | 3016544 | Disbursement To Creditor/Principal | 183.08 |
| 11 | AMBLER SAVNGS BANK | Secured Arrears Mortgage | 11/15/2022 | 3017849 | Disbursement To Creditor/Principal | 183.08 |
| 11 | AMBLER SAVNGS BANK | Secured Arrears Mortgage | 12/13/2022 | 3019072 | Disbursement To Creditor/Principal | 27.22 |
| | | | | | Total for Claim Number 11: | 767.62 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **767.62** |