United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-10644-amc

S Marie Collier Stasyk                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                          Page 1 of 4

Date Rcvd: Mar 19, 2026                 Form ID: 138OBJ                              Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | S Marie Collier Stasyk, 1032 South Street, Pottstown, PA 19464-5864 |
| 14592619 | | Ally Bank, P.O. Box 733203, Dallas, TX 753737526 |
| 14590561 | + | Ally Bank, P.O. Box 9014, Coppell, TX 75019-9014 |
| 14598749 | | Ambler Savings Bank, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200 Norristown, PA 19401-4122 |
| 14599055 | + | Ambler Savings Bank, c/o Craig H. Fox, Esquire, 700 E. Main Street, Suite 200, Norristown, PA 19401-4122 |
| 14590562 | | Ambler Savings Bank, PO Box 263, Fairview Village, PA 19409-0263 |
| 14602094 | + | Ambler Savings Bank, 155 E.Butler Avenue, PO BOX 210, Ambler PA 19002-0210 |
| 14590569 | + | Comenity Bank, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 14590573 | #+ | Debtsy, Inc., 130 West 25th Street 6C, New York, NY 10001-7406 |
| 14592763 | + | Federal Home Loan Mortgage Corporation, as Trustee, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14590574 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 14590589 | # | RGS Financial, Inc., PO Box 852039, Richardson, TX 75085-2039 |
| 14602097 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14590590 | | Scott & Associates, P.C., 6 Casey Court, Suite 203, Mechanicsburg, PA 17055 |
| 14590595 | | Td Bank N.a., Td Bank Usbc, Greenville, SC 29607 |
| 14590597 | + | Welcare Medspa, 1108 Bethlehem Pike, Ambler, PA 19002-1423 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2026 01:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14590560 | + | Email/Text: customercare@adminrecovery.com | Mar 20 2026 01:46:00 | Admin Recovery LLC, 6225 Sheridan Drive, Suite 118, Buffalo, NY 14221-4800 |
| 14590563 | ^ | MEBN | Mar 20 2026 01:43:10 | Asset Recovery Solutions, LLC, 2200 E Devon Avenue, Suite 200, Des Plaines, IL 60018-4501 |
| 14590564 | | Email/Text: BarclaysBankDelaware@tsico.com | Mar 20 2026 01:46:00 | Barclays Bank Delaware, Card Services, PO Box 8801, Wilmington, DE 19899-8801 |
| 14590565 | ^ | MEBN | Mar 20 2026 01:43:46 | Best Buy, PO Box 9312, Minneapolis, MN 55440-9312 |
| 14609771 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2026 02:04:14 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box |

District/off: 0313-2                          User: admin                                    Page 2 of 4

Date Rcvd: Mar 19, 2026                       Form ID: 138OBJ                                 Total Noticed: 67

|  |  |  |  |
|---|---|---|---|
|  |  |  | 41021, Norfolk VA 23541-1021 |
| 14590566 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2026 02:03:53 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14599236 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2026 02:04:13 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14599039 | + Email/PDF: ebn_ais@aisinfo.com | Mar 20 2026 02:03:27 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14594490 | + Email/PDF: ebn_ais@aisinfo.com | Mar 20 2026 02:03:26 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14590567 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 20 2026 01:46:00 | Cb Indigo, Po Box 4499, Beaverton, OR 97076-4499 |
| 14590568 | + Email/Text: mediamanagers@clientservices.com | Mar 20 2026 01:45:00 | Client Services, Inc., 3451 Harry Truman Blvd, Saint Charles, MO 63301-9816 |
| 14590570 | + Email/Text: signed.order@pfwattorneys.com | Mar 20 2026 01:45:00 | Crown Asset Management, C/O Ian Winograd, Esq., 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14590571 | + Email/Text: bankruptcies@crownasset.com | Mar 20 2026 01:45:00 | Crown Asset Management, LLC, 3100 Breckinridge Blvd, Suite 725, Duluth, GA 30096-7605 |
| 14590572 | ^ MEBN | Mar 20 2026 01:42:56 | D&A Services, LLC, 1400 E. Touhy Ave, Suite G2, Des Plaines, IL 60018-3338 |
| 14610762 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 20 2026 01:46:00 | Federal Home Loan Mortgage Corporation, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14610847 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 20 2026 01:46:00 | Federal Home Loan Mortgage Corporation, c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City UT 84165-0450 |
| 14592573 | ^ MEBN | Mar 20 2026 01:43:21 | Federal Home Loan Mortgage Corporation, as Trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14590575 | Email/Text: crdept@na.firstsource.com | Mar 20 2026 01:46:00 | FirstSource Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 14590576 | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 20 2026 01:46:00 | Genesis FS Card Services, PO Box 23039, Columbus, GA 31902-3039 |
| 14590578 | ^ MEBN | Mar 20 2026 01:43:25 | Mariner Finance, PO Box 44490, Nottingham, MD 21236-6490 |
| 14590577 | + Email/Text: bankruptcy@marinerfinance.com | Mar 20 2026 01:45:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14590580 | Email/Text: bankruptcydpt@mcmcg.com | Mar 20 2026 01:46:00 | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 14590579 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 20 2026 01:46:00 | Midland Credit Management, 320 East Big Beaver, Troy, MI 48083-1271 |
| 14597778 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 20 2026 01:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14590581 | + Email/Text: bankruptcy@td.com | Mar 20 2026 01:46:00 | Nordstm/td, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 14590584 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2026 02:04:14 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 14590586 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2026 02:04:14 | Portfolio Recovery Associates, LLC, PO Box 12903, Norfolk, VA 23541 |
| 14608276 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2026 02:03:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

District/off: 0313-2                     User: admin                                        Page 3 of 4

Date Rcvd: Mar 19, 2026                  Form ID: 138OBJ                              Total Noticed: 67

| | | | | |
|---|---|---|---|---|
| 14590587 | | Email/Text: signed.order@pfwattorneys.com | Mar 20 2026 01:45:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14590582 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2026 02:03:53 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14590583 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2026 02:04:14 | Portfolio, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14605437 | | Email/Text: bnc-quantum@quantum3group.com | Mar 20 2026 01:46:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14605410 | | Email/Text: bnc-quantum@quantum3group.com | Mar 20 2026 01:46:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14597839 | | Email/Text: bnc-quantum@quantum3group.com | Mar 20 2026 01:46:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14598237 | | Email/Text: bnc-quantum@quantum3group.com | Mar 20 2026 01:46:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 2489, Kirkland, WA 98083-2489 |
| 14603888 | | Email/Text: bnc-quantum@quantum3group.com | Mar 20 2026 01:46:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14590588 | + | Email/Text: bankruptcy@td.com | Mar 20 2026 01:46:00 | Raymour & Flanigan, PO Box 731, Mahwah, NJ 07430-0731 |
| 14590591 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 20 2026 01:46:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14590592 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2026 02:03:23 | Syncb/hsn, Po Box 965017, Orlando, FL 32896-5017 |
| 14590593 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2026 02:04:13 | Syncb/walmart, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14609089 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2026 02:03:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14794736 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 20 2026 02:03:25 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14794737 | | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 20 2026 02:03:54 | Synchrony Bank by AIS InfoSource, LP as agent, Dept 888 PO BOX 4457, Houston TX 77210-4457 |
| 14594991 | + | Email/Text: tdebn@credbankserv.com | Mar 20 2026 01:45:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14590594 | + | Email/Text: bncmail@w-legal.com | Mar 20 2026 01:46:00 | Target/td, Po Box 673, Minneapolis, MN 55440-0673 |
| 14609653 | ^ | MEBN | Mar 20 2026 01:44:08 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14759432 | + | Email/Text: EBN@edfinancial.com | Mar 20 2026 01:45:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14759892 | | Email/Text: EBN@edfinancial.com | Mar 20 2026 01:45:00 | US Dept. of Education, PO BOX 790322, St.Louis MO 63179-0322 |
| 14590596 | + | Email/Text: bankruptcygroup@archmi.com | Mar 20 2026 01:46:00 | United Guaranty Residential Insurance Co, 230 North Elm Street, Greensboro, NC 27401-2438 |

TOTAL: 51

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 19, 2026 | Form ID: 138OBJ | Total Noticed: 67 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14590585 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 14608381 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14609056 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CRAIG H. FOX | on behalf of Creditor Ambler Savings Bank bankruptcy@foxandfoxlaw.com cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor S Marie Collier Stasyk CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)–doc 56 – 53

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )
   S Marie Collier Stasyk                      )      Case No. 21–10644–amc
   aka Marie Stasyk                           )
   fka Marie Collier                          )
                                     )      Chapter: 13
   Debtor(s).                                 )
                                     )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

    To all creditors and parties in interest, NOTICE IS GIVEN THAT:

    The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

    Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

    In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 19, 2026                             For The Court

                                                   Mohung Wong
                                                   Clerk of Court